NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7112

DEBORAH J. JACKSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 01-1965, Chief Judge William P. Greene, Jr.

ON MOTION

## O R D E R

Upon consideration of Deborah J. Jackson's unopposed motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

SEP 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
       Sameer P. Yerawadekar, Esq.

s8

ISSUED AS A MANDATE:    SEP 11 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2009

JAN HORBALY
CLERK